**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

United States of America,

        Plaintiff,                    Criminal No. 10-169 (1) (RHK/RLE)

vs.                                           **ORDER**

Solomon Francis Desjarlait,

        Defendant.

       This matter is venued in the Sixth Division.

       All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: June 17, 2010

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge