**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

United States of America,                                          Criminal No. 10-169 (RHK/JSM)

        Plaintiff,                                                   **ORDER**

v.

Solomon Francis Desjarlait,

        Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated September 9, 2010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records and proceedings herein, now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. No. 57) is **ADOPTED**;

2. Defendant Solomon Francis Desjarlait's Motion to Dismiss Indictment (Doc. No. 35) is **DENIED**;

3. Defendant Solomon Francis Desjarlait's Pretrial Motion to Suppress Eyewitness Identifications (Doc. No. 33) is **DENIED**;

4. Defendant Solomon Francis Desjarlait's Pretrial Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 34) is **DENIED**;

5. Defendant Solomon Francis Desjarlait's Pretrial Motion for Production and Inspection of Grand Jury Transcripts (Doc. No. 36) is **DENIED**; and

6. Defendant Solomon Francis Desjarlait's Pretrial Motion to Suppress Statements, Admissions, and Answers (Doc. No. 38) is **DENIED**.

Dated: October 5, 2010

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge