UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 10-169 (01)(RHK/JSM)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | **ORDER** |
| ) | |
| SOLOMAN FRANCIS DESJARLAIT, ) | |
| a/k/a Soloman Francis Jourdain ) | |
| a/k/a "Sol Dez" ) | |
| ) | |
| Defendant. ) | |

The motion of the United States to dismiss the indictment is hereby GRANTED.

Dated: 3/29/11                    s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  UNITED STATES DISTRICT JUDGE